1
2
3
4
5
6
7
8

**UNITED STATES DISTRICT COURT**

9

**EASTERN DISTRICT OF CALIFORNIA**

10

11    JOHN C. THOMPSON,

| | |
|---|---|
| JOHN C. THOMPSON, | **Case No.  1:15-cv-00301-LJO-EPG (PC)** |
| Plaintiff | **ORDER DENYING MOTION FOR INJUNCTIVE RELIEF** |
| v. | (ECF No. 40) |
| J. GONZALES, ET AL., | |
| Defendants. | |

17        Plaintiff John C. Thompson is a state prisoner proceeding *pro se* and *in forma pauperis*
18    with this civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff filed the Complaint
19    commencing this action on February 25, 2015. (ECF No.1.) This action is currently proceeding
20    on the First Amended Complaint for claims arising out of Defendants' alleged retaliation against
21    Plaintiff for the exercise of his First Amendment rights. *Id.*
22        On December 8, 2016, the Court issued a Writ of Habeas Corpus Ad Testificandum to
23    transport Plaintiff to the Court for a settlement conference. (ECF No. 31.) In fulfillment of that
24    Writ, the California Department of Corrections and Rehabilitation transported Plaintiff from
25    Centinela State Prison to California State Prison – Corcoran, where he was placed in
26    administrative segregation, purportedly for security reasons. On February 13, 2017, Plaintiff filed
27    a motion complaining of his transfer to Corcoran and asking the Court to issue an order that
28    Corcoran release Plaintiff from administrative segregation and enjoining CDCR from transferring

1  Plaintiff or damaging any of his property. (ECF No. 40.)

2      Plaintiff's settlement conference was held on February 16, 2017 and the parties settled

3  Plaintiff's claims. (ECF Nos. 41, 42.) The Writ requiring Plaintiff to be transported was

4  discharged and Plaintiff will thus be returned to Centinela. (ECF No. 41.) Accordingly, Plaintiff's

5  Motion (ECF No. 40) is DENIED AS MOOT.

6

7  IT IS SO ORDERED.

8  Dated:   **February 21, 2017**                    /s/ _Erica P. Grosjean_

9                                                     UNITED STATES MAGISTRATE JUDGE

2