UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN C. THOMPSON,<br><br>    Plaintiff,<br><br>v.<br><br>J. GONZALES, et al.,<br><br>    Defendants. | Case No. 1:15-cv-00301-LJO-EPG (PC)<br><br>ORDER DIRECTING THE CLERK OF COURT TO CLOSE THE CASE<br><br>(ECF NOS. 46 & 47) |

On February 28, 2017, the parties filed a joint stipulation dismissing the action with prejudice and with each party bearing its own costs and attorneys' fees. (ECF No. 46). In light of the parties' stipulation, this action has been terminated, Fed. R. Civ. P. 41(a)(1)(A)(ii), and has been dismissed with prejudice and without an award of costs or attorneys' fees.

On August 1, 2017, Defendants' counsel filed a declaration, stating that the settlement funds have been deposited into Plaintiff's trust account. (ECF No. 47).

Accordingly, the Clerk of Court is directed to close this case.

IT IS SO ORDERED.

Dated: **August 2, 2017**          /s/ Erica P. Grosjean
                                                                        UNITED STATES MAGISTRATE JUDGE